UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEAFRIGO USA INC., SEAFRIGO
LOGISTIQUE SARL, AND ENTREPOTS AND
TRANSPORTS BARBE SA d/b/a SEAFRIGO,

           Plaintiffs,

    - against -

MSC MEDITERRANEAN SHIPPING COMPANY
S.A., AND MEDITERRANEAN SHIPPING
COMPANY (USA) INC.,

           Defendants.

20 Civ. 10179 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 24, 2021.

SO ORDERED.

Dated:    New York, New York
           September 13, 2021

                                          _____
                                              John G. Koeltl
                                    United States District Judge