# Nicoletti Hornig & Sweeney

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
FACSIMILE 212-220-3780
GENERAL@NICOLETTIHORNIG.COM
WWW.NICOLETTIHORNIG.COM

September 23, 2021

**VIA ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
9/23/12

Re: *Seafrigo USA Inc. v. MSC Mediterranean Shipping Company S.A.*
United States District Court for the Southern District of New York
Civil Action No. 20-CV-10179
Our File No. 00001443

Dear Judge Koeltl:

We represent Plaintiffs, Seafrigo USA Inc. and Seafrigo Logistique SARL and Entrepots et Transports Barbe SA d/b/a Seafrigo (collectively "Seafrigo") in connection with the above-referenced matter. Together with counsel for the Defendants MSC Mediterranean Shipping Company S.A. and Mediterranean Shipping Company (USA) Inc., the parties respectfully and jointly request a one-week adjournment of the deadline for filing their Rule 26(f) report to allow for further settlement discussions.

Pursuant to the Court's Order (ECF Doc. 22), the parties' proposed Rule 26(f) conference report is due on September 24, 2021, and the proposed adjourn date is October 1, 2021. The parties have made significant progress in their settlement discussions and the one week adjournment will allow them to focus there efforts on resolving this matter. This is the first request for an adjournment and is with the consent of all parties. The adjournment will not effect any other deadlines.

---

NEW JERSEY • 505 MAIN STREET, SUITE 106, HACKENSACK, NJ 07601-5928 • T 201-343-0970 • F 201-343-5882
GEORGIA • 4555 MANSELL ROAD, SUITE 300, ALPHARETTA, GA 30022 • T 770-521-4234 • F 770-521-4200

September 23, 2021
Page 2

      We thank the Court for its consideration of the foregoing.

Sincerely,

NICOLETTI HORNIG & SWEENEY

By:     s/ *William M. Fennell*

William M. Fennell

**cc (via ECF):**

Mark A. Beckman, Esq.
James A. Marissen, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
1 Battery Park Plaza, 28th Floor
New York, NY 10004