UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEAFRIGO USA INC., SEAFRIGO
LOGISTIQUE SARL, and ENTREPOTS AND
TRANSPORTS BARBE SA d/b/a SEAFRIGO,       20 Civ. 10179 (JGK)

                Plaintiffs,                ORDER

      - against -

MSC MEDITERRANEAN SHIPPING COMPANY
S.A., and MEDITERRANEAN SHIPPING
COMPANY (USA) INC.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    It having been reported to this Court that the parties have settled this action, it is, on this 4th day of October, 2021, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

    Any application to reopen must be filed within thirty (30) days of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

**SO ORDERED.**

**Dated:** New York, New York
October 4, 2021

_____
John G. Koeltl
**United States District Judge**

2